MN, ND-305
(5/94)

*22.41*

*Mug 8/31/10*

*KLH*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Dale L. Podvin and Carolyn D. Podvin

Chapter 7 Case No. 08-46021

Please Check One:

_____ Unclaimed Dividends

___✓___ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached. | | | |

Dated: August _30_, 2010

Randall L. Seaver, Trustee

RECEIVED
10 AUG 31 AM 9:28
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Podvin\Unclaimed Dividends Distribution Less than $5.wpd

Date: 08/19/10    Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 1009 Dated 08/19/10
Case Number 08-46021 - PODVIN, DALE L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| USA YELLOW BOOK<br>RMS BANKRUPTCY RECOVERY<br>PO BOX 5126<br>TIMONIUM MD 21094 | 000002 | 9,883.00 | 3.93 |
| All Tile Inc.<br>PO Box 809244<br>Chicago, IL 60680-9244 | 000006 | 6,168.34 | 2.45 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000009 | 3,630.20 | 1.45 |
| PYOD LLC its successors and assigns as<br>assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000011 | 3,502.00 | 1.39 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DICK'S SPORTING GOODS/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000012 | 4,394.66 | 1.75 |
| ALL TILE INC<br>C/O Scott & Goldman<br>590 W. Crossville Rd, #104<br>Roswell, GA 30075 | 000013 | 5,943.03 | 2.36 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000014 | 1,475.42 | 0.59 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000015 | 3,186.71 | 1.27 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000016 | 4,777.99 | 1.90 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000018 | 9,426.58 | 3.75 |

## DIVIDENDS REMITTED TO THE COURT

Check Number 1009 Dated 08/19/10

Case Number 08-46021 - PODVIN, DALE L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809** | **000019** | **3,851.10** | **1.53** |
| **Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB DISCOVER 25 SE 2nd Ave Ste 1120 Miami FL 33131** | **000020** | **101.71** | **0.04** |
| ---------- Remittance Total -------------- | | **56,340.74** | **22.41** |

RANDALL L. SEAVER, Trustee

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

August 30, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Dale L. Podvin and Carolyn D. Podvin
      BKY No. 08-46021

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5.
Also enclosed is an estate check in the amount of $22.41 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

C:\Data\randy\Trustee-Mpls\Podvin\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd